# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 1, 2015

### NO. 03-13-00498-CV

**Ronnie Lawson and Leah Lawson, Appellants**

**v.**

**Benjamin Keene, Kristi Keene, Gretchen Gayle Gullekson, Dayna Marie Twyman &
KWI-8, L.L.C. d/b/a Keller Williams Realty, Appellees**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
AFFIRMED -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on February 22, 2013. Having

reviewed the record and the parties' arguments, the Court holds that there was no reversible error

in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The

appellants shall pay all costs relating to this appeal, both in this Court and in the court below.